**Motion Granted, Abatement Order issued August 2, 2012 Withdrawn, and Order filed August 14, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00205-CR

_____

**DUC HUU DOAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1232619**

## ORDER

Appellant is represented by appointed counsel, **Casey Garrett**. On July 2, 2012**,** time to file appellant's brief expired without a brief and no motion for extension of time was filed. *See* Tex. R. App. P. 38.6(a). Counsel and the trial court were notified on July 10, 2012, that no brief had been received. Appellant filed no response, and on August 2, 2012, this court ordered the appeal abated and directed the trial court to conduct a hearing pursuant to Tex. R. App. P. 38.8(b) to determine why appellant's brief had not been filed.

On August 8, 2012, appellant filed a motion for extension of time to file a brief. Appellant's counsel cited difficulty in obtaining a copy of the record necessary to prepare appellant's brief. According to the motion, counsel waited for the record to be returned to the Harris County District Clerk's office by the attorney handling a related appeal filed under our case number 14-12-00050-CR. We note that the appeal in the related case was dismissed on March 8, 2012. Nonetheless, we **GRANT** appellant's motion for extension of time to file appellant's brief until **September 7, 2012. No further extensions will be granted absent exceptional circumstances.** The court also advises appellant's counsel that this court maintains electronic copies of the appellate record, and counsel may obtain a disc containing the electronic record from the office of the Clerk of this court for use in preparing appellant's brief.

Our August 2, 2012, order abating the appeal and directing the trial court to conduct a hearing to determine why appellant's brief has not been filed in **WITHDRAWN.** The appeal is **REINSTATED.**


PER CURIAM

2